

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| WILLIAM BROWN Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELETECH HOLDINGS, INC., KENNETH D. TUCHMAN, JOHN R. TROKA, JAMES E. BARTLETT, RUTH C. LIPPER, WILLIAM A. LINNENBRINGER, SHRIKANT MEHTA, SHIRLEY YOUNG, CITIGROUP GLOBAL MARKETS INC., MORGAN STANLEY & CO., INC, MERRILL LYNCH & CO., CREDIT SUISSE and ERNST & YOUNG, LLP,<br><br>Defendants. | 08 CV 01842 (LTS)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FOR ERNST & YOUNG, LLP TO RESPOND TO COMPLAINT** |

WHEREAS, the above-captioned class action asserts violations of Section 10(b) of the Exchange Act of 1934 and Section 11 of the Securities Act of 1933 against defendants;

WHEREAS, the action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act");

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff and approval of lead plaintiff's selection of counsel to act on behalf of the class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. 77z- 1(a)(3)(B)(ii));

WHEREAS, a motion or motions to consolidate and for appointment of a lead plaintiff and lead counsel will be filed on or before March 25, 2008;

WHEREAS, Defendant Ernst & Young, LLP ("E&Y") currently intends to file a motion to dismiss the claims asserted against it; and

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions; (ii) appointment of lead plaintiff and approval of selection of lead counsel; and (iii) the filing of a single, superseding consolidated complaint;

IT IS ACCORDINGLY STIPULATED AND AGREED, by and between the undersigned counsel, that: (1) Defendant E&Y shall have no obligation to respond to the above-captioned complaint; (2) the consolidated amended complaint shall supersede all complaints filed in any action consolidated herein; and (3) Defendant E&Y's time to respond shall be extended until forty-five (45) days after filing of the consolidated amended complaint.

Dated: New York, New York
February 26, 2008

Respectfully submitted,

Evan J. Smith
BRODSKY & SMITH, LLC
250 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (fascimile)

Richard J. Maniskas
Seamus Kaskela
SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-1056 (facsimile)
*Attorneys for Plaintiff William Brown*

Dennis P. Orr
Jamie A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
tel: (212) 468-8203
fax: (212) 468-7900
dorr@mofo.com
jlevitt@mofo.com
*Attorneys for Defendant Ernst & Young, LLP*

SO ORDERED:

3/3/08

HONORABLE JUDGE SWAIN
UNITED STATES DISTRICT JUDGE

2

ny-802160