UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

WILLIAM BROWN, Individually And On
Behalf of All Others Similarly Situated,

      Plaintiff,

v.

TELETECH HOLDINGS, INC., KENNETH
D. TUCHMAN, JOHN R. TROKA, RUTH C.
LIPPER, SHIRLEY YOUNG, WILLIAM A.
LINNENBRINGER, JAMES E. BARLETT,
SHRIKANT MEHTA, CITIGROUP
GLOBAL MARKETS INC., MORGAN
STANLEY & CO., INC. and ERNST &
YOUNG, LLP,

      Defendants.

-------------------------------------------------------- x

**08 Civ. 1842 (LTS)**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Andrew B. Kratenstein hereby appears as counsel for the

defendant, Kenneth D. Tuchman, in the above-captioned action and for the purpose of being

added to the list of ECF notice recipients.

Dated: New York, New York
     April 22, 2008

McDERMOTT WILL & EMERY LLP

By: _____
      Andrew B. Kratenstein (AK3910)

340 Madison Avenue
New York, New York 10017
(212) 547-5400

*Attorneys for Defendant*
*Kenneth D. Tuchman*