ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
WILLIAM BROWN, Individually And On        :
Behalf of All Others Similarly Situated,  :     08 Civ. 1842 (LTS)
                                          :
        Plaintiff,                        :
v.                                        :     MOTION TO ADMIT COUNSEL
                                          :     PRO HAC VICE
TELETECH HOLDINGS, INC., KENNETH          :
D. TUCHMAN, JOHN R. TROKA, RUTH C.        :
LIPPER, SHIRLEY YOUNG, WILLIAM A.         :
LINNENBRINGER, JAMES E. BARLETT,          :
SHRIKANT MEHTA, CITIGROUP                 :
GLOBAL MARKETS INC., MORGAN               :
STANLEY & CO., INC. and ERNST &           :
YOUNG, LLP,                               :
                                          :
        Defendants.                       :
------------------------------------------------------- x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew B. Kratenstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

> Laurence Berman
> McDermott Will & Emery LLP
> 2049 Century Park East
> 38th Floor
> Los Angeles, CA 90067-3218
> Phone Number:  (310) 277-4110
> Fax Number:    (310) 277-4730

Laurence Berman is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceedings against Laurence Berman in any State or Federal Court.

Dated:     April 22, 2008
           New York, New York

                                        Respectfully submitted,

                                        _____
                                        Andrew B. Kratenstein (AK-3910)
                                        McDermott Will & Emery LLP
                                        340 Madison Avenue
                                        New York, NY 10173-1922
                                        (212) 547-5400 (phone)
                                        (212) 547-5444 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
WILLIAM BROWN, Individually And On : 
Behalf of All Others Similarly Situated, :    08 Civ. 1842 (LTS)
:
     Plaintiff, :
v. :    AFFIDAVIT OF ANDREW B.
:    KRATENSTEIN
TELETECH HOLDINGS, INC., KENNETH :    IN SUPPORT OF MOTION
D. TUCHMAN, JOHN R. TROKA, RUTH C. :    TO ADMIT COUNSEL
LIPPER, SHIRLEY YOUNG, WILLIAM A. :    PRO HAC VICE
LINNENBRINGER, JAMES E. BARLETT, :
SHRIKANT MEHTA, CITIGROUP :
GLOBAL MARKETS INC., MORGAN :
STANLEY & CO., INC. and ERNST & :
YOUNG, LLP, :
:
     Defendants. :
------------------------------------------------------- x

State of New York    )
                            ) ss:
County of New York   )

ANDREW B. KRATENSTEIN, being duly sworn, hereby deposes and says as follows:

     1.     I am a partner in the law firm of McDermott Will & Emery LLP, counsel for Defendant Kenneth D. Tuchman in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Kenneth D. Tuchman's motion to admit Laurence Berman as counsel pro hac vice to represent Defendant Kenneth D. Tuchman in the above-captioned matter.

     2.     I am a member in good standing of the Bar of the State of New York, and was admitted to practice law in October 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Laurence Berman since March 2008.

4. Mr. Berman is a partner in the law firm of McDermott Will & Emery LLP.

5. I have found Mr. Berman to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Laurence Berman, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Laurence Berman, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Laurence Berman, pro hac vice, to represent Defendant Kenneth D. Tuchman in the above-captioned matter, be granted.

Dated: April 22, 2008
New York, New York

Andrew B. Kratenstein (AK-3910)

Sworn to before me this
22nd day of April, 2008

Notary Public

ELLEN J. RICHBELL
Notary Public, State of New York
No. 01RI6153589
Qualified in New York County
Commission Expires Oct. 10, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
WILLIAM BROWN, Individually And On : 
Behalf of All Others Similarly Situated, : 08 Civ. 1842 (LTS)
 :
   Plaintiff, :
 :
v. : **ORDER FOR ADMISSION**
 : **PRO HAC VICE**
TELETECH HOLDINGS, INC., KENNETH : **ON WRITTEN MOTION**
D. TUCHMAN, JOHN R. TROKA, RUTH C. :
LIPPER, SHIRLEY YOUNG, WILLIAM A. :
LINNENBRINGER, JAMES E. BARLETT, :
SHRIKANT MEHTA, CITIGROUP :
GLOBAL MARKETS INC., MORGAN :
STANLEY & CO., INC. and ERNST & :
YOUNG, LLP, :
 :
   Defendants. :
------------------------------------------------------- x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Andrew B. Kratenstein, attorney for Defendant Kenneth D. Tuchman and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Laurence Berman |
| Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East, 38th Floor |
| City/State/Zip: | Los Angeles, CA 90067-3218 |
| Phone Number: | (310) 277-4110 |
| Fax Number: | (310) 277-4730 |
| Email Address: | lberman@mwe.com |

is admitted to practice pro hac vice as counsel for Defendant Kenneth D. Tuchman in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April ___, 2008
City, State: New York, New York

_____
U.S.D.J.

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639          TELEPHONE: 888-800-3400

April 11, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LAURENCE MARTIN BERMAN, #93515 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that, pursuant to 28 U.S.C. §1746, on Wednesday, April 23, 2008, I served the accompanying Motion to Admit Counsel Pro Hac Vice for Laurence Berman via U.S. Mail upon the following party:

>Evan J. Smith
>Brodsky & Smith, LLC
>240 Mineola Boulevard
>Mineola, NY 11501

Dated: New York, New York
April 23, 2008

Amelia J. Crowley