UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  AUG 1 2 2008
```

---------------------------------------------------- x
In re TELETECH HOLDINGS, INC.          :    Master File No. 1:08-cv-00913-LTS
LITIGATION                             :
                                       :    CLASS ACTION
---------------------------------------------------- :
                                       :
This Document Relates To:              :
                                       :
     ALL ACTIONS.                      :
---------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER
## REGARDING THE FILING OF AN AMENDED COMPLAINT
## AND RESPONSES THERETO

WHEREAS, pursuant to the Court's Order, dated June 27, 2008, the following pleading
schedule is currently in place: (i) Plaintiffs shall file a consolidated amended complaint by August 1,
2008; (ii) Defendants shall move or otherwise respond to the consolidated amended complaint within
sixty days thereafter; (iii) Plaintiff shall file any opposition within sixty days thereafter; and
(iv) Defendants shall file any reply within forty-five days thereafter; and

WHEREAS, on July 16, 2008, Defendant TeleTech Holdings, Inc., filed with the United
States Securities and Exchange Commission a Form 10-K that, among other things, contained
restated financial statements for the period of 1996 through August 2007, relating to the issues in this
case; and

WHEREAS, based on the foregoing, the parties have agreed to an extension of the current
schedule; and

WHEREAS no prior extensions have been sought or granted in this consolidated action;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1.      The Plaintiff shall file a consolidated amended complaint by September 1, 2008;

2.      If any Defendant has not yet been served with the complaint filed on January 25, 2008, counsel for such Defendant will accept service of the consolidated amended complaint on behalf of that Defendant;

3.      Defendants TeleTech Holdings, Inc., John R. Troka, Ruth C. Lipper, Shirley Young, William A. Linnenbringer, James E. Barlett, Shrikant Mehta, Kenneth D. Tuchman, Citigroup Global Markets, Inc., Morgan Stanley & Co., Inc., Merrill Lynch & Co., Credit Suisse and Ernst & Young LLP (the "Defendants") shall answer, move or otherwise respond to the consolidated amended complaint within sixty days after the date of the filing of the consolidated amended complaint;

4.      The Plaintiff shall file an opposition to a motion directed to the consolidated amended complaint (the "Opposition") within sixty days after the date of the filing of any such motion; and

5.      Defendants shall file a reply to the Opposition within forty-five days after the date of the filing of the Opposition.

Dated: July 28, 2008

_(signature)_

Samuel H. Rudman
Robert M. Rothman
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
rrothman@csgrr.com
*Lead Counsel for the Class*

Timothy R. Beyer
BROWNSTEIN HYATT FARBER
  SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
tbeyer@bhfs.com
*Attorneys for Defendants*
*James E. Barlett and John C. Troka*

_(signature)_

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 346-8000
Fax: (202) 346-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech*
*Holdings, Inc., Ruth C. Lipper, Shirley*
*Young, William A. Linnenbringer and*
*Shrikant Mehta*

Dated: July 28, 2008

Samuel H. Rudman
Robert M. Rothman
COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY 11747
Tel: (631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
rrothman@csgrr.com
*Lead Counsel for the Class*

Timothy R. Beyer
BROWNSTEIN HYATT FARBER
  SCHRECK
410 Seventeenth Street
Suite 2200
Denver, CO 80202-4432
Tel: (303) 223-1100
Fax: (303) 223-1111
tbeyer@bhfs.com
*Attorneys for Defendants*
*James E. Barlett and John C. Troka*

Jonathan E. Richman
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 259-8000
Fax: (212) 259-6333
jrichman@dl.com
clevy@dl.com

Ralph C. Ferrara
Geoffrey H. Coll
DEWEY & LEBOEUF LLP
1101 New York Avenue, Suite 1100
Washington, D.C. 20005
Tel: (202) 346-8000
Fax: (202) 346-8102
rferrara@dl.com
gcoll@dl.com
*Attorneys for Defendants TeleTech*
*Holdings, Inc., Ruth C. Lipper, Shirley*
*Young, William A. Linnenbringer and*
*Shrikant Mehta*

- 3 -

Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: (212) 468-8203
Fax: (212) 468-7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher & Flom LLP
and Affiliates
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
gary.hacker@skadden.com
*Attorneys for Defendants*
*Citigroup Global Markets, Inc., Morgan*
*Stanley & Co, Inc., Merrill Lynch & Co.,*
*and Credit Suisse*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com
*Attorneys for Defendant*
*Kenneth D. Tuchman*

\*    \*    \*

## ORDER

IT IS SO ORDERED.

DATED: _____

                       THE HONORABLE LAURA TAYLOR SWAIN
                       UNITED STATES DISTRICT JUDGE

- 4 -

Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: (212) 468-8203
Fax: (212) 468-7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher & Flom LLP
and Affiliates
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
gary.hacker@skadden.com
*Attorneys for Defendants*
*Citigroup Global Markets, Inc., Morgan*
*Stanley & Co, Inc., Merrill Lynch & Co.,*
*and Credit Suisse*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com
*Attorneys for Defendant*
*Kenneth D. Tuchman*

\*     \*     \*

## ORDER

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

- 4 -

Jamie A Levitt
MORRISON FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0050
Tel: (212) 468-8203
Fax: (212) 468-7900
jlevitt@mofo.com
*Attorneys for Defendant*
*Ernst & Young LLP*

Jay B. Kasner
Gary J. Hacker
Skadden, Arps, Slate, Meagher & Flom LLP
and Affiliates
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
jay.kasner@skadden.com
gary.hacker@skadden.com
*Attorneys for Defendants*
*Citigroup Global Markets, Inc., Morgan*
*Stanley & Co, Inc., Merrill Lynch & Co.,*
*and Credit Suisse*

Susan Stevens
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
slstevens@mwe.com

Laurence Berman
Matthew Oster
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
38th Floor
Los Angeles, CA 90067
Tel: (310) 277-4110
Fax: (310) 277-4730
lberman@mwe.com
*Attorneys for Defendant*
*Kenneth D. Tuchman*

\*     \*     \*

**ORDER**

IT IS SO ORDERED.

DATED: __8|11|08__

THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

- 4 -